**No. 59108.**—E. W. Bruno Co., Inc., et al. *v.* United States, protests 237514–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of travel irons in chief value of metal, containing an electrical element or device as an essential feature thereof, similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 25, 1955

**No. 59109.**—C. J. Tower & Sons *v.* United States, protests 177151–K, etc. (Buffalo).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59110.**—Ed. F. Mangelsdorf & Bro., Inc., and American Express Co. *v.* United States, protest 243106–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of *Lotus corniculatus* seeds similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.